JOHN D. BUCKHINGHAM, libelant, *vs.* HARRIET BUCKHINGHAM.

*Costs in divorce cases.*

A libelee cannot recover costs when the libel is dismissed, unless the court ordering its dismissal decree that costs be paid.

ON EXCEPTIONS.

The libel in this case was filed at the October term, 1870, and thence continued to the October term, 1872, when it was dismissed on motion of the libelant's attorney, no decree for costs being made. The libelee's attorney claimed costs and presented his taxation, but the clerk refused to allow them, and on appeal to the presiding justice he also held that the libelee was not entitled to costs under these circumstances. The libelee excepted.

*S. Titcomb,* for libelee.

DICKERSON, J. The wife, libelee, cannot recover costs where none are allowed by the court ordering the libel to be dismissed. *Stone* v. *Locke*, 48 Maine, 425.

APPLETON, C. J.; CUTTING, WALTON, VIRGIN, and PETERS, JJ., concurred.